UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN CHAPMAN, ) | |
| ) | Case No. |
| Plaintiff, ) | |
| ) | 4:10-CV-00099-JD-PRC |
| v. ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff and Defendant in the above-styled action, and, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, stipulate that the above-styled civil action is dismissed with prejudice. The parties further stipulate that they will bear their own attorneys' fees, costs and expenses incurred in this civil action.

Respectfully submitted, this 6th day of March, 2012.

> *s/Andrew Dutkanych, III*
> *Signed with express permission*
> *by Karen Vaughan McManus*
> BIESECKER, DUTKANYCH & MACER, LLC
> 8888 Keystone Crossing, Suite 1300
> Indianapolis, Indiana 46240
> (317) 575-4120
> (317) 575-4123 fax
> cwolcott@bdlegal.com
>
> Counsel for Plaintiff
>
> and

        *s/Karen Vaughan McManus*
        FEDERAL EXPRESS CORPORATION
        Legal Department – Litigation
        Building B, Second Floor
        3620 Hacks Cross Road
        Memphis, Tennessee 38125-8800
        (901) 434-8600
        (901) 434-4523 fax
        kvmcmanus@fedex.com

        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by ( **X** ) e-filing notice, (  ) U.S. Mail, first-class postage prepaid, (  ) facsimile, (  ) FedEx delivery, and/or (  ) hand delivery, on the 6th day of March, 2012, addressed to the following:

>Andrew Dutkanych, III
>BIESECKER DUTKANYCH & MACER, LLC
>8888 Keystone Crossing, Suite 1300
>Indianapolis, Indiana 46240
>(317) 575-4120
>ad@bdlegal.com
>cwolcott@bdlegal.com

*s/Karen Vaughan McManus*
Counsel for Defendant
